# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RAFAEL SOLANO,

     Plaintiff,

v.

NORTH LAS VEGAS POLICE
DEPARTMENT, et al.,

     Defendants.

Case No. 2:25-cv-01723-GMN-NJK

**ORDER**

It appears that the inmate advisory letter, Docket No. 2, was mailed to the address from which Plaintiff mailed his complaint and application to proceed *in forma pauperis*. Docket No. 6. That mail was returned as undeliverable. *Id.* Plaintiff has now updated his address to 6655 W. Sahara Ave. Ste C216, Las Vegas, NV 89146. Docket No. 4.

Accordingly, the Clerk's Office is **INSTRUCTED** to mail the inmate advisory letter, Docket No. 2, to the updated address.

IT IS SO ORDERED.

Dated: September 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1